# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXA

JUN 13 2025

BY
DEPUTY_____

### BEAUMONT DIVISION

PNC Bank

1:25 cv 310

DWIGHT DAVID CORMIER

## Federal Criminal Complaint

June 10, 2025 between 9am and 9:30 am entered PNC Bank presented Debit Card then presented envelope and made the following statement, "It is illegal to use transfer currency since you gave this to me I would like to return this for real currency" notice one on left removed four transfer bills from stack and was examining them, both tellers denied me real currency, then I asked will you scan this currency in your computer and give me a total, the total was three thousand dollars, thirty illegal transfer currency hundred dollar bills all with blue computer ink, envelope was returned removed illegal currency from envelope, fold it put it in pocket, walked out of PNC Bank

June 13, 2025          Dwight David Cormier 31333⅓

I, Dwight David Cormier, declare under the penalty of perjury that the foregoing Federal Criminal Complaint is true and correct

June 13, 2025          Dwight David Cormier 31333⅓

Dwight Davis Cormier
2507 Magnolia Street
Beaumont, Texas 77703



**Ashley Jurak**
Branch Banker
NMLS ID 2434690
**T** 409-951-1300 **F** 409-981-6023
ashley.jurak@pnc.com

**Member of the PNC Financial Services Group**
Beaumont Calder  700 Calder Street  H4-E421-01-1
Beaumont, Texas 77701
pnc.com/locator

4755104877
4755104893
4755104885
Routing No. 071921891

UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF TEXAS
 BEAUMONT DIVISION

Illegal Transfer Currency Hundred Dollar Bills
              Serial Numbers

PF 26427767 K
LF 42795622 I
LB 66172059 D
PL 57333532 L
PF 65228011 E
PB 83763254 E
LL 03512422 D
PL 09067675 K
PL 09808950 B
PK 74937947 D
PF 20899101 F
PG 36630560 B
JF 71575995 B
JB 67256672 A
LF 25605497 I
LL 73213639 D
PD 24464672 A
PB 47522222 S
QA 03207339 A
LF 90854338 H
LK 63350390 C
PB 51634282 H
PK 14683336 E
PB 13279013 K
MC 28114545 A
MF 85706682 B
LI 90167901 A
MB 09568649 L
PL 73320118 I
PL 17236627 I
June 13, 2025                    Dwight David Cormier 313 33⅓



Between 9am and 9:30 AM June 10, 2025
It is illegal to use transfer
currency since you gave this
to me I would like to
return this for real currency
Dwight David Cormier 3 1333½